

FILED
JUN 21 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN HOWSER,<br><br>    Defendant. | Case No. 16 CR 1410-MMA<br><br><u>I N F O R M A T I O N</u><br><br>Title 18, U.S.C., Sec. 371 – Conspiracy; Title 18, U.S.C., Sec. 981(a)(1)(C) and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The United States charges, at all times relevant:

### Count 1

**CONSPIRACY TO COMMIT HEALTH CARE FRAUD, HONEST SERVICES MAIL FRAUD AND VIOLATE THE TRAVEL ACT, 18 USC § 371**

1. Beginning on a date unknown and continuing through at least June 2016, within the Southern District of California and elsewhere, defendant STEVEN HOWSER did knowingly and intentionally conspire with others to:

    a. commit Health Care Fraud, that is, to knowingly and with the intent to defraud execute a material scheme to defraud a health care benefit program, and to obtain by means of materially false and fraudulent pretenses, representations, and promises, any of the money and property owned by, and under the custody and control of a health

care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347;

 b. commit Honest Services Mail Fraud, that is, to knowingly and with the intent to defraud, devise and participate in a material scheme to defraud and to deprive patients of the intangible right to a doctor's honest services, and to cause mailings in furtherance thereof, in violation of Title 18, United States Code, Sections 1341 and 1346; and

 c. violate the Travel Act, that is, to use and cause to be used facilities in interstate commerce with intent to promote, manage, establish, carry on, distribute the proceeds of, and facilitate the promotion, management, establishment, carrying on, and distribution of the proceeds of an unlawful activity, that is, commercial bribery in violation of California law, and, thereafter, to promote and attempt to perform acts to promote, manage, establish, carry on, distribute the proceeds of, and facilitate the promotion, management, establishment, carrying on, and distribution of the proceeds of such unlawful activity, in violation of Title 18, United States Code, Sections 1952(a)(1) and (a)(3).

**OVERT ACT**

2. In furtherance of the conspiracy and in order to effect the objects thereof, Defendant committed or caused the commission of the following overt act in the Southern District of California and elsewhere: On August 27, 2014, Defendant gave Dr. I $8,000 in payment for the patients Dr. I had referred to Defendant's company, Post Surgical Rehab Specialists, Inc., for durable medical equipment from January through July 2014.

1 | All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

3. Upon conviction of the offense of Conspiracy as alleged in Count 1, defendant STEVEN HOWSER shall forfeit to the United States all right, title, and interest in any property, real or personal, that constitutes or is derived from proceeds traceable to a violation of such offenses, including a sum of money equal to the total amount of gross proceeds derived, directly or indirectly, from such offenses.

4. If any of the above described forfeitable property, as a result of any act or omission of defendants STEVEN HOWSER: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of defendants STEVEN HOWSER up to the value of the forfeitable property described above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

DATED: June 21, 2016.

LAURA E. DUFFY
United States Attorney

*[signature]*
VALERIE H. CHU
Assistant U.S. Attorney

3